ACCEPTED
04-15-00555-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 6:42:56 PM
KEITH HOTTLE
CLERK

No. 04-15-00555-CV

In the
Fourth Court of Appeals
at San Antonio

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/30/2015 6:42:56 PM

KEITH E. HOTTLE
Clerk

_____

Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.,
Appellant,

vs.

Leticia R. Benavides,
Appellee.

_____

From the 49th District Court of Webb County
Cause No. 2012-CVQ-000161-D3A & 2015-CVQ-003089-D1

Appellant's Opposed First Motion for
Extension of Time to File Merits Brief

Baldemar Garcia Jr.
State Bar No. 00790740
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696
counsel for appellant Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.

No. 04-15-00555-CV

Shirley Hale Mathis,
permanent guardian of the estate of Carlos Y. Benavides Jr.,
Appellant,

vs.

Leticia R. Benavides,
Appellee.

---

Appellant's Opposed First Motion for Extension
of Time to File Merits Brief

---

To the Honorable Fourth Court of Appeals:

Now Comes appellant Shirley Hale Mathis, as the prior temporary guardian of the person and estate and as current permanent guardian of the estate of Carlos Y. Benavides Jr., and files this opposed first motion for extension of time to file her brief, and in support thereof, would respectfully show unto the Appellate Court as follows, to-wit:

1. Shirley Hale Mathis, the previous temporary guardian of the person and estate and present permanent guardian of the estate of Carlos Y. Benavides Jr., is the appellant. Leticia R. Benavides is the appellee.

2. No rule limits the time within which to file a motion to extend. TEX. R. APP. P. 38.6(d).

3. Counsel for appellant has conferred with counsel for appellee, and this first motion for extension is opposed.

4. The Court may extend the time within which to file a brief under the authority of Texas Rules of Appellate Procedure 38.6(d), 10.5(b).

5. Appellant's brief on the merits is due on November 30, 2015. Counsel for appellant requests an extension to file his brief, which would extend the time to file until December 30, 2015. Appellant's brief on the related supersedeas issues and associated temporary relief is due December 4, 2015.

6. This is appellant's first request for an extension of time.

7. Counsel for appellant requests an extension of time so that he may have an adequate opportunity to prepare his merits brief. In the thirty days, since the clerk's record was filed on October 29, 2015, counsel for appellant was required to:

- Speak at the Trinity Minerals Management breakfast seminar in San Antonio, Texas;
- Depose a corporate representative in a Hydrogen Sulfide trespass case, being Cause No. M-14-0029-CV-C, styled *Leo O. Quintanilla, et al., vs. Regency Field Services, LLC, et al.*, currently pending in the 343rd District Court, McMullen County, Texas;
- Respond to a motion for leave to amend complaint to add a non-diverse defendant in federal litigation involving a shipping dispute, being Civil

Action No. 5:15-cv-223, styled *Ragar Transportation, Ltd. v. Lear Corporation, Ryder Integrated Logistics, Inc., and Penske Logistics, LLC,* currently pending in the United States District Court, Southern District of Texas, Laredo Division; and

- Appear at a hearing to set supersedeas and then seek temporary relief and prepare a supporting brief related to this instant Appeal, being Cause No. 2012-CVQ-000161-D3A and Cause No. 2015-CVQ-003089-D1, styled *Leticia R. Benavides vs. Shirley Hale Mathis*, currently pending in the 49th District Court, Webb County, Texas and Appeal No. 04-15-00555-CV, styled *Shirley Hale Mathis v. Leticia R. Benavides*, currently pending before the Fourth Court of Appeals sitting in San Antonio, Texas.

8.     The court's $10.00 filing fee is being paid contemporaneously with the filing of this motion. *Notes and Comments*, Rule 3, Local Rules of the Fourth Court of Appeals.

9.     Wherefore, Premises Considered, counsel for appellant Shirley Hale Mathis respectfully request this Honorable Court to consider this request for additional time for the filing of her merits brief.

Respectfully submitted,


/s/ _____

Baldemar Garcia Jr.

State Bar No. 00790740

Attorney in charge for appellant Shirley Hale Mathis,

permanent guardian of the estate of Carlos Y. Benavides Jr.

PWBM, LLP

602 East Calton Road, 2nd Floor (78041)

P. O. Drawer 6668 (78042-6668)

Laredo, Texas

voice 956.727.4441

facsimile 956.727.2696


Certificate of service

Appellant's opposed 1st motion for extension of time to file merits brief was served by e-mail, facsimile, or certified mail, return receipt requested, on all counsel of record on November 30, 2015. TEX. R. CIV. P. 21, 21a.

Carlos M. Zaffirini

Guadalupe Castillo

Zaffirini & Castillo

1407 Washington Street

P. O. Box 627

Laredo, Texas 78042-9526

facsimile 956.727.4448

counsel for appellant Leticia R. Benavides

Shirley Hale Mathis
Shirley Hale Mathis, P.C.
809 Victoria Street
Laredo, Texas 78040
facsimile 956.725.6546
permanent guardian of the estate of C.Y. Benavides Jr.

Fernando A. Sanchez Jr.
401 E. Hillside Road
Laredo, Texas 78041
facsimile 956.725.4594
fslawoffice96@gmail.com
co-trial counsel for Shirley Hale Mathis

Jesse Guillen
Guillen & Gonzalez, PC
1202 Corpus Christi
Laredo, Texas 78041
facsimile 956.791.9502
attorney ad litem for C. Y. Benavides Jr.

Adriana Benavides Maddox
Edward F. Maddox
Benavides Maddox, PC
1015 Scott Street
Laredo, Texas 78040
facsimile 956.791.3010
adriana@benmadlaw.com

(counsel for Linda Christina Benavides Alexander, Guillermo Benavides, Ranch Viejo Cattle Company, Ltd., Benavides Management, LLC)

/s/_____
Baldemar Garcia Jr.